[No. 26038-1-III.   Division Three.   June 26, 2008.]

STEVENS COUNTY, *Appellant*, v. FUTUREWISE, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 06-2-00055-1, Rebecca M. Baker, J., entered March 13, 2007. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Brown and Korsmo, JJ. Now published at 146 Wn. App. 493.

[No. 26287-1-III.   Division Three.   June 26, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE WILLIAM HARRAH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-00755-8, Maryann C. Moreno, J., entered June 26, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 26301-1-III.   Division Three.   June 26, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SHARON M. HOUK, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 07-1-00026-1, John Hotchkiss, J., entered June 11, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 26310-0-III.   Division Three.   June 26, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TATIANA M. UPHOFF, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-00035-7, Salvatore F. Cozza, J., entered July 3, 2007. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.